IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM LANE                                                                                   PLAINTIFF
ADC #155843

V.                             CASE NO. 5:18-cv-231-JM-BD

ISAAC WADE, *et al*                                                                     DEFENDANTS

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. After carefully considering Mr. Lane's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Mr. Lane's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 15th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE