IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM LANE                                                                                              PLAINTIFF
ADC #155843

V.                              CASE NO. 5:18-cv-231-JM-BD

ISAAC WADE, *et al*                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 15th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE